THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE CITY OF NEW YORK, Respondent, *v.* WILLIAM E. STILLINGS et al., as Commissioners to Ascertain Damages from Changes of Grade of Streets in the City of New York, Defendants, and WALTER W. TINSLEY, Appellant.

*People ex rel. City of New York* v. *Stillings,* 134 App. Div. 480, affirmed.

(Argued November 18, 1910; decided December 6, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 19, 1909, which sustained a writ of certiorari and

reversed a determination of the defendant commissioners awarding damages to the appellant herein for a change of street grade in front of his premises.

*Barclay E. V. McCarty, Jared G. Baldwin, Jr.,* and *John M. Harrington* for appellant.

*Archibald R. Watson, Corporation Counsel (Theodore Connoly* and *Charles J. Nehrbas* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.